# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEREK PERRY BAKER,
Appellant,

vs.

NATIONAL IMPROVEMENT FUND, LLC; JOSEPH DANESHGAR; AND CORDOBA ARM APARTMENTS,
Respondents.

No. 74146

FILED

MAY 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to dismiss. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

On October 19, 2017, the clerk of this court issued a notice directing appellant to file and serve the opening brief or informal brief form for pro se parties by February 16, 2018. Appellant did not file his brief or otherwise communicate with this court. Accordingly, on March 23, 2018, we entered an order directing appellant to file and serve his brief by April 9, 2018. That order was returned to this court by the United States Post Office as undeliverable. To date, appellant has not provided this court with an updated address, filed his brief, or otherwise communicated with this court. Accordingly, it appears that appellant has abandoned this appeal and we

ORDER this appeal DISMISSED.

_____ Pickering _____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-18212

cc:    Hon. Douglas Smith, District Judge
Derek Perry Baker
Joseph Daneshgar
Marquis Aurbach Coffing
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A